

Jeffrey K. Lamb
Office: 313.465.7404
jlamb@honigman.com

**By Electronic Filing**

July 21, 2026

Honorable Sharon A. King
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

**Re:    *Valeo North America, Inc. v. Subaru of America, Inc., et al., Case No. 1:26-cv-02630***

Dear Judge King,

My firm represents Valeo North America, Inc. ("Valeo") in connection with the motion to compel nonparty discovery from Subaru of America, Inc. ("SOA"), North American Subaru, Inc. ("NASI"), and Subaru Corporation ("SBR", and together with SOA and NASI, the "Subaru Affiliates") pending before the Court.  (Dkt. 001.)  We also represent Valeo in the underlying action brought by Subaru of Indiana Automotive, Inc. ("SIA") in the Southern District of Indiana. *See Subaru of Indiana Auto., Inc. v. Valeo North Am., Inc.,* Case No: 4:24-cv-11-TWP-KMB (S.D. Ind. 2024) (the "Impreza Litigation").

Fact discovery in the Impreza Litigation was recently extended until September 4, 2026. While we are deeply reluctant to suggest that we are pressing the Court for a ruling, the Indiana court has indicated that further extensions of the case schedule in the Impreza Litigation are unlikely.  We therefore feel compelled to ask Your Honor to advise the parties of the Court's likely timing regarding the pending motion. (Dkt. 001.)  Of course, we stand ready to provide the Court with any additional information that might be helpful in resolving the motion and we would welcome a status conference to discuss this matter.

We appreciate Your Honor's attention to this matter.

Very truly yours,

HONIGMAN LLP

/s/ Jeffrey K. Lamb

Jeffrey K. Lamb

---