Amy B. Carver
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
abcarver@welshrecker.com
Tel.: (215) 972-6430
Fax: (985) 617-1021
NJ Bar #: 020531999

*Attorney for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALEO SYLVANIA LLC N/K/A VALEO NORTH AMERICA, INC.,<br><br>*Petitioner*,<br><br>v.<br><br>SUBARU OF AMERICA, INC., SUBARU CORPORATION F/K/A FUJI HEAVY INDUSTRIES, LTD., and NORTH AMERICAN SUBARU, INC.,<br><br>*Respondents*. | Civil Action No. 26-cv-2630-ESK-SAK |

**ORDER GRANTING IN PART AND DENYING IN PART VALEO NORTH AMERICA, INC.'S MOTION TO COMPEL DISCOVERY FROM SUBARU OF AMERICA, INC., SUBARU CORPORATION, AND NORTH AMERICAN SUBARU, INC.**

The Court, having considered Petitioner Valeo North America, Inc.'s Motion to Compel Discovery from Subaru of America, Inc., Subaru Corporation, and North American Subaru, Inc.; Respondents Subaru of America, Inc., Subaru Corporation,

and North American Subaru, Inc.'s (hereafter the "non-party Subaru entities") responses thereto; and the Cross-Motion to Quash of Subaru Corporation; having heard oral argument; and otherwise for good cause shown:

IT IS HEREBY ORDERED that:

1. Valeo North America, Inc.'s motion to compel Subaru of America, Inc. to produce recall cost-related documents is GRANTED IN PART. Valeo North America, Inc. shall identify a list of 20 Subaru dealers upon which the document requests will be tailored. For each of the 20 Subaru dealers, Subaru of America, Inc. shall produce (i) dealer part mark-up compliance documentation, including each dealer's part mark-up increase requests, supporting repair orders, and Subaru of America, Inc.'s responses since May 2022; (ii) dealer labor rate compliance documentation, including each dealer's labor rate increase requests, supporting repair orders, and SOA's responses since May 2022; and (iii) monthly and/or weekly payment records sent to the dealers between May 2023 and May 2026. The motion is DENIED without prejudice as to all other dealers beyond the 20 identified above.

2. Valeo North America, Inc.'s motion to compel Subaru of America, Inc. to produce fact witnesses to sit for depositions is GRANTED IN PART as to the depositions of (i) Gina Koneful in her individual capacity and as Subaru of America, Inc.'s corporate representative, (ii) Mary Jo James, and (iii) Sean McIlhenny. Subaru of America, Inc. will produce these witnesses for deposition in an order to

be determined by Valeo North America, Inc.

3. Valeo's motion to compel Subaru Corporation to produce a corporate representative is DENIED; and Subaru Corporation's Cross-Motion to Quash is GRANTED for the reasons stated on the record.

4. Valeo's motion to compel Subaru of America, Inc., Subaru Corporation, and North American Subaru, Inc. to supplement their combined privilege log is DENIED without prejudice. The parties shall first meet and confer in an effort to resolve the issue. If the parties are unable to reach a resolution, the parties may then address any remaining issues before the Court.

Dated: August 17, 2026

Sharon A. King

Honorable Sharon A. King
United States Magistrate Judge